1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  JOSEPH ELWIN ROBERT WORKMAN,          No.  2:25–cv–03027–SCR

12                    Plaintiff,           ORDER GRANTING IFP AND
                                           DIRECTING E-SERVICE
13        v.

14  COMMISSIONER OF SOCIAL
    SECURITY,
15
                      Defendant.
16

17        Pending before the court is Plaintiff's motion for leave to proceed in forma pauperis.  *See*

18  28 U.S.C. § 1915 (authorizing the commencement of an action "without prepayment of fees or

19  security" by a person that is unable to pay such fees).[1]  ECF No. 2.  Plaintiff submitted a

20  declaration, including a statement of income, expenses, and assets and averring inability to pay

21  the costs of this proceeding.  Accordingly, IT IS HEREBY ORDERED that:

22        1.    Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is GRANTED;

23        2.    The Clerk of Court is directed to issue a summons for this case;

24        3.    In keeping with the court's e-service procedure for Social Security cases, service

25              on the defendant Commissioner of Social Security Administration shall proceed

26

---

27  [1]  Actions involving review of Social Security decisions are referred to a magistrate judge
    pursuant to 28 U.S.C. § 636(b)(1) and E.D. Cal. L.R. 302(c)(15).
28

                                        1

1    under the court's E-Service program as follows. Once a summons is issued, the

2    Clerk of Court shall deliver to the Commissioner of Social Security

3    Administration and the United States Attorney's Office at their designated email

4    addresses a notice of electronic filing of the action along with the summons and

5    complaint. The Commissioner has agreed not to raise a defense of insufficient

6    service of process if provided with notice of a complaint as detailed in this order.

7    This order is not intended to prevent parties from making any other motions that

8    are appropriate under the Federal Rules of Civil Procedure; and

9    4.    The Clerk of Court is DIRECTED to issue a scheduling order in this case.

10    IT IS SO ORDERED.

11 DATED: October 21, 2025.

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2